No. 789. KRIEGER-RAGSDALE & Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Harry P. Dees* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *George B. Driesen* for respondent.

No. 792. CRAWFORD ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Alan Y. Cole, Isaac N. Groner, Jerry D. Anker* and *Earl C. Berger* for petitioners. *Solicitor General Griswold* for the United States. *Harry N. Rosenfield* for National Education Association, as *amicus curiae*, in support of the petition.

No. 794. CARGILL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Edward Bennett Williams* and *Robert L. Weinberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 799. BOARD OF PARDONS AND PAROLES OF TEXAS ET AL. *v.* BLACK. C. A. 5th Cir. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore, Howard M. Fender, Robert E. Owen, Gilbert J. Pena* and *Lonny F. Zwiener,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for petitioners.

No. 811. LANNOM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Peter J. Hughes* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.